# Third District Court of Appeal

## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1763
Lower Tribunal No. 94-20024A
_____

**Jean Desroses,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Jean Desroses, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.  See <u>Brooks v. State</u>, 969 So. 2d 238, 243 (Fla. 2007) (holding that the "could have been imposed" test is the proper one to apply to a rule 3.800(a) motion to correct an illegal sentence resulting from a scoresheet error, and that "if the trial court could have imposed the same sentence using a corrected scoresheet, any error was harmless"); <u>Masis v. State</u>, 245 So. 3d 913 (Fla. 3d DCA 2018).